IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: AMWEST SURETY INSURANCE COMPANY, in Liquidation,<br><br>        Debtor.<br>_____<br><br>STATE OF NEBRASKA, ex rel. L. TIM WAGNER, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA, AS LIQUIDATOR OF AMWEST SURETY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>SULLIVANCURTISMONROE INSURANCE BROKERS,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br><br><br><br>4:03CV3270<br><br><br><br><br>ORDER |

This matter is before the Court on the joint stipulation to dismiss with prejudice (Filing No 45). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 15th day of September, 2005.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court